IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Evanston Insurance Company, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No.: 4:09-cv-2102-TLW |
| | ) | |
| The Sinatra Corporation, Inc.; Linkside Village Property Owners Association, Inc.; Steve W. Quick; Jane P. Quick; Jackson F. Lee; Sandra S. Lee; Western World Insurance Company; Arrowood Surplus Lines Insurance Company, as Successor in Interest to Royal Surplus Lines Insurance Company; and Builders Mutual Insurance Company, | ) ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

# ORDER

The plaintiff filed this declaratory judgment action on August 7, 2009. (Doc. #1). The plaintiff filed an amended complaint on September 4, 2009. (Doc. #9). On November 10, 2009, defendant Builders Mutual Insurance Company filed a motion for judgment on the pleadings pursuant to Federal Rule of Civil Procedure 12(c). (Doc. #13). Defendant Builders Mutual Insurance Company amended this motion on November 16, 2009. (Doc. #16). To date, the plaintiff has filed no response to defendant Builders Mutual Insurance Company's motion for judgment on the pleadings.

The plaintiff will have ten (10) days from the date of entry of this Order to file a response to defendant Builders Mutual Insurance Company's Motion for Judgment on the Pleadings.

**IT IS SO ORDERED**.

s/Terry L. Wooten  
United States District Judge

April 8, 2010
Florence, South Carolina